APPENDIX LCvR/LCrR 83.2.B-MOTION

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LI LIU, Individually and on behalf of all other employees similarly situated,<br><br>                      Plaintiff,<br><br>                     - against -<br><br>SICHUAN GOURMET II, LLC d/b/a SICHUAN GOURMET, WEIXIANG YOU, YONGPENG XIA, ZHONG ZHUANG<br><br>                      Defendants. | Case No. 2:19-cv-1179 |

**MOTION FOR ADMISSION *PRO HAC VICE* OF JIAN HANG, ESQ.**

      Jian Hang, Esq. undersigned counsel for Plaintiff, LI LIU, Individually and on behalf of all other employees similarly situated, hereby moves that Jian Hang, Esq. be admitted to appear and practice in this Court in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

      In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Jian Hang, Esq. filed herewith, which, it is averred, satisfied the requirements of the foregoing Local Rules and Standing Order.

                                                                           Respectfully Submitted,

                                                                 HANG & ASSOCIATES, PLLC

      Dated:    September 16 , 2019
      Flushing,   New York

                                                                  */s/ Jian Hang*
                                                             Jian Hang, Esq. (PABar. ID NO.319709)
                                                             Hang & Associates, PLLC

136-20 38th Avenue, Suite 10G
Flushing, NY 11354
Tel:(718)353-8588
Fax: (718) 353-6288
Email: jhang@hanglaw.com
*Attorney for Defendants*