APPENDIX LCvR/LCrR 83.2.B-AFFIDAVITS

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LI LIU, Individually and on behalf of all other employees similarly situated,<br><br>                         Plaintiff,<br><br>                        - against -<br><br>SICHUAN GOURMET II, LLC d/b/a SICHUAN GOURMET, WEIXIANG YOU, YONGPENG XIA, ZHONG ZHUANG<br><br>                        Defendants. | Case No. 2:19-cv-1179 |

**AFFIDAVIT OF JIAN HANG IN SUPPORT OF**

**MOTION FOR ADMISSION *PRO HAC VICE***

    I, Jian Hang, Esq., make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Plaintiff, LI LIU, Individually and on behalf of all other employees similarly situated in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

    I, Jian Hang, being duly sworn, do hereby depose and say as follows:

    1.    I am a Principal Attorney of the law firm Hang & Associates, PLLC.

    2.    My business address is 136-20 38th Avenue, Suite 10G, Flushing, NY 11354.

    3.    I am a member in good standing of the bars of the State of New York and Pennsylvania as well the U.S. Eastern District Court of New York, U.S. Northern District Court of New York, U.S. Southern District Court of New York, U.S. Western District of

New York, U.S. Eastern District Court of Pennsylvania, U.S. Middle District of Pennsylvania, U.S. District of Columbia, U.S. [Court of Appeals for the D.C. Circuit](), [U.S. Bankruptcy Court for D.C.]() and U.S. District of Connecticut.

4. My New York Bar identification number is 4333654, and my Pennsylvania Bar identification number is 319709.

5. A current certificate of good standing from United States District Court for Eastern District of New York is attached to this Affidavit as Exhibit A.

6. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

7. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

8. Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

I certify and attest that the foregoing statement made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: September 16, 2019                  _____/s/ Jian Hang_____

                                                                       Jian Hang, Esq.